# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 19-20217
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

October 16, 2019

Lyle W. Cayce
Clerk

MARTIN NITSCHKE,

Plaintiff–Appellant,

versus

ANDREW M. SAUL, COMMISSIONER OF SOCIAL SECURITY,

Defendant–Appellee.

Appeal from the United States District Court
for the Southern District of Texas
No. 4:14-CV-3280

Before DAVIS, SMITH, and HIGGINSON, Circuit Judges.

PER CURIAM:*

AFFIRMED.  *See* 5TH CIR. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.